UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE GREEN, <br> As parent and next friend of N.G. <br> 2734 Langston Pl. Apt. 302 SE, <br> Washington, D.C. 20020 <br><br> PLAINTIFF, <br><br> vs. <br><br><br> THE DISTRICT OF COLUMBIA <br> 400 6th Street NW <br> Washington, D.C. 20001 <br><br> DEFENDANT. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: ___1:23-cv-00389 <br> ) Judge: <br> ) Case Type: Education <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**COMPLAINT FOR DECLARATORY JUDGMENT AND RELIEF**

COMES NOW PLAINTIFF CHARLENE GREEN, as parent and next friend of N.G., Petitioner in the underlying case, to respectfully state as follows:

PRELIMINARY STATEMENT

This is an action for injunctive and declaratory relief brought under the Individuals with Disabilities Education Act, 20 U.S.C. 1400 *et. seq*. ("IDEA"). The Plaintiff seeks a judgment (a) declaring that she was the prevailing party in the underlying proceeding and is entitled to recover her reasonable legal fees and costs at the prevailing market rate, (b) determining that the reasonable attorney fees in this case are determined by the current Laffey Matrix, and (c)

ordering the Defendant to make payment to the Plaintiff at the rate deemed reasonable under the Matrix.

## JURISDICTION AND VENUE

1. This court has jurisdiction pursuant to The Individuals with Disabilities Education Act, 20 U.S.C. §§ 1400-1461 ("IDEA"), 29 U.S.C. § 794; 28 U.S.C. §§ 1441, 1442, 2201, & 2202; the Mills Decree; and pendent jurisdiction pursuant to D.C. Mun. Regs. Title 5 §§ 3000.1 – 3701.3 (2003).

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## PARTIES

3. Plaintiff CHARLENE GREEN is the parent and legal guardian of N.G., a student who has been determined to be a student with a disability, as defined by the IDEA. Plaintiff is currently a resident of the District of Columbia and was a resident of the District of Columbia during the time of the underlying administrative proceeding.

4. Defendant is a municipal corporation. As one of its governmental functions, Defendant operates the District of Columbia Public Schools system ("DCPS").

5. DCPS receives federal financial assistance in exchange for providing special education and related services to students with disabilities in the District of Columbia ("D.C.") . DCPS affords children with disabilities in D.C. all rights pursuant to the IDEA and is responsible for issuing checks in payment of reasonable attorney fees and costs incurred by the Plaintiffs in pursuing claims under the IDEA.

## FACTUAL BACKGROUND

6. At all times pertinent to this proceeding, Plaintiff was represented by Attorneys Stephenson F. Harvey, Jr. and Keith L. Howard.

7. Plaintiff filed a due process complaint on or about April 19, 2022. The case proceeded to a contested hearing, which took place on December 14, 2022, December 15, 2022, December 16, 2022, and December 20, 2022.  The Hearing Officer's Final Determination (HOD), in favor of the Plaintiff, was issued on December 31, 2022, and is attached as Exhibit 1. Plaintiff Charlene Green, as parent and next friend of N.G., was the prevailing party in this proceeding.

8. N.G. incurred reasonable legal fees, expert fees and costs in pursuing and obtaining relief.

9. The IDEA provides that a United States District Court may award fees and costs to a prevailing party in an IDEA case.

10. The Attorney Fee Guidelines issued by a DCPS on March 25, 2013 by the General Counsel for DCPS states, "Submission of attorney's fee invoices to OGC is not required before filing a petition for fees with the District Court, pursuant to the IDEA."

11. Similarly, upon information and belief, submission of attorneys' fees invoices to DCPS are not required before filing a petition of fees with the District Court, pursuant to the IDEA.

12. The attorney fees and costs Defendant(s) owes to Plaintiff CHARLENE GREEN, on behalf of student total  $375,597.34 in Attorney's fees and costs as follows:
    a. Stephenson F. Harvey, Jr.-$211,627.40
    b. Keith L. Howard-$163,969.94

13. Plaintiff will submit her invoice(s) directly to the DCPS attorney(s) assigned to the case.

## LEGAL FRAMEWORK

14. An award of attorneys' fees is proper and just in this matter pursuant to the IDEA and its implementing regulations, which state, *inter alia*:

    (a) *In general.* (1) In any action or proceeding brought under section 615 of the Act, the

court, in its discretion, may award reasonable attorneys' fees as part of the costs to—

(i) The prevailing party who is the parent of a child with a disability;

34 C.F.R. §300.517(a)(1)(i).

15. The regulations further state:

(c) *Award of fees.* A court awards reasonable attorneys' fees under section 615(i)(3) of the Act consistent with the following:

(1) Fees awarded under section 615(i)(3) of the Act must be based on rates prevailing in the community in which the action or proceeding arose for the kind and quality of services furnished.

34 C.F.R. §300.517(c)(1*).*

16. The Plaintiff was the prevailing party in the underlying action, as defined in *Select Milk Producers, Inc. v. Johanns*, 400 F.3d 939 (D.C. Cir. 2005) (finding that a party prevails if "there has been a court-ordered change in the legal relationship between the plaintiff and defendant" and "in whose favor a judgment is rendered, regardless of the amount of damages awarded") (citing *Buckhannon Board and Care Home Inc. v. West Virginia Department of Health and Human Resources*, 532 U.S. 598, 603-04 (2001) and is entitled to recover reasonable attorney's fees and costs.

17. The Plaintiff was the prevailing party in the underlying action and incurred more than $6000.00 in expert witness fees.

18. The District of Columbia regulation, D.C. Mun. Regs. tit. 5-A, § 3054, provides for expert witness fees for a prevailing party in a due process hearing.

19. "In any administrative proceeding brought under IDEA and this chapter, a court may award reasonable expert witness fees as part of the costs to a prevailing party: (a) Who is the parent of a child with a disability." D.C. Mun. Regs. tit. 5-A, § 3054.1(a).

20. " Expert witness fees awarded under this section shall be based on rates prevailing in the community in which the administrative proceeding arose for the kind and quality of services furnished, provided that the maximum award shall be six thousand dollars ($6,000) per action or proceeding."  D.C. Mun. Regs. tit. 5-A, § 3054.2(a).

21. The current billing rate for Attorneys Stephenson F. Harvey, Jr. and Keith L. Howard are reasonable and consistent with prevailing market rates in the District of Columbia and consistent with the rates sets forth in the Laffey Matrix. The current Matrix is attached as Exhibit 2.

RELIEF REQUESTED

**WHEREFORE, Plaintiff respectfully requests that this Court:**

A. Declare the Plaintiff as the prevailing party under the IDEA, and therefore find that the Plaintiff is entitled to recover reasonable legal fees and costs incurred in the litigation;

B. Declare that the hourly attorney fees due to Attorneys Stephenson F. Harvey, Jr. and Keith L. Howard for the work in litigating the case of *CHARLENE GREEN, on behalf of Minor N.G. vs. District of Columbia*, Case No. 2022-0151 are reasonable, based on the attorney's years of experience and the Laffey Matrix;

C. Award Plaintiff the sum of $375,597.34 in attorneys' fees, expert witness fees and other expenses;

D. Award Plaintiff fees for litigating the current Complaint in the District Court of the District of Columbia for the purpose of collecting fees in the underlying administrative action, at Plaintiff's counsel's applicable rate, pursuant to 42 U.S.C. § 1988; and

E. Award any other relief that this Court deems just and proper.

This, the 10th day of February 2023.

THE HARVEY LAW GROUP, PLLC

  /s/ Stephenson Harvey
Stephenson Harvey, Esq.
Bar No.: 495345
The Harvey Law Group, PLLC
P.O. Box 434
Dunkirk, MD 20754
O:202-291-2914
F: 888-858-1941
E: sharvey@theharveylawgroup.com
W: www.theharveylawgroup.com
Attorney for Plaintiffs

&

THE LAW OFFICES OF KEITH L. HOWARD, PLLC

/s/Keith Howard
Keith Howard
Bar ID: 1617492
The Law Offices of Keith L. Howard, PLLC
19109 W. Catawba Ave. Ste. 200
Cornelius, NC 28031
O: (919) 824-0146
F: 800-341-3931
E: keithh@khowardlaw.com
W: www.khowardlaw.com
Attorney for Plaintiffs