# UNITED STATES COURTS DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

| CHARLENE GREEN | |
|---|---|
| Plaintiff(s) | Civil Action No. 23-CV-389 (ABJ) |
| DISTRICT OF COLUMBIA | **FILED** |
| Defendant(s) | AUG 23 2023 |
| | Clerk, U S District & Bankruptcy Courts for the District of Columbia |

## JUDGMENT ON OFFER & ACCEPTANCE

On August 20, 2023, defendant District of Columbia, filed a Notice of Acceptance with Offer of Judgment (Dkt. #10), pursuant to Federal Rule of Civil Procedure 68(a) indicating plaintiff's acceptance of defendant's August 10, 2023 offer to allow judgment to be entered in the amount of ONE HUNDRED NINETY FIVE THOUSAND DOLLARS AND ZERO CENTS ($195,000.00) on plaintiff's claim against it for recovery of attorney's fees and costs incurren in this case.

Therefore in accordance with Rule 68(a), Judgment is hereby entered for plaintiff against the defendant in the amount of $195,000.00 to satisy all claims that have been, or could have been, brought by Plaintiff Charlene Green regarding attorney's fees and other costs incurred in this case

Date  8/23/2023    Signature of clerk or deputy clerk    John Haley, Deputy Clerk
ANGELA D. CAESAR, CLERK OF COURT